UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CARLOS WARD,

          Plaintiff,

v.                                                                                    **ORDER**

THOMAS GRIFFIN, ASSISTANT                                   19 CV 4759 (VB)
COMMISSIONER; ALBERT ACRISH,
NURSE PRACTITIONER; and FREDERICK
N. BERNSTEIN, MEDICAL DIRECTOR;
          Defendants.
--------------------------------------------------------------x

    On March 17, 2020, defendants moved to dismiss the amended complaint, and mailed to plaintiff, who is proceeding pro se and in forma pauperis, copies of the motion and supporting documents. (Docs. ##21–23). Plaintiff's opposition to the motion was due April 3, 2020. See Fed. R. Civ. P. 6(d); Local Rule 6.1(b).

    To date, plaintiff has failed to oppose the motion or seek an extension of time to do so.

    Accordingly, it is HEREBY ORDERED:

    The Court sua sponte extends to May 6, 2020, plaintiff's time to oppose the motion to dismiss. **If plaintiff fails to oppose the motion by May 6, 2020, the motion will be deemed fully submitted and unopposed.**

    If plaintiff opposes the motion, defendants' reply, if any, shall be due May 20, 2020.

    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 15, 2020
       White Plains, NY

                                                    SO ORDERED:

                                                    Vincent L. Briccetti
                                                    United States District Judge