UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARLOS WARD,

                            Plaintiff,

        -against-                                     19 CIVIL 4759 (VB)

## JUDGMENT

THOMAS GRIFFIN, Assistant Commissioner;
ALBERT ACRISH, Nurse Practitioner;
FREDERICK N. BERNSTEIN, Medical Director,

                         Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 29, 2020, defendants' motion to dismiss is GRANTED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, this case is closed.

**Dated:**  New York, New York

        June 29, 2020

                                                              **RUBY J. KRAJICK**
                                                                 Clerk of Court

                                    **BY:**
                                                                  Deputy Clerk